IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HALL,** | : | CIVIL ACTION NO. 1:25-CV-908 |
| Petitioner | : | (Judge Neary) |
| v. | : | |
| **WARDEN FCI-ALLENWOOD,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 29th day of May, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1) and supporting memorandum (Doc. 1-11), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for failure to exhaust administrative remedies.

2. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania